IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THEODORE WHIDDEN,

    Plaintiff,
v.                                        CASE NO. 5:17-cv-198-RH-GRJ

ANA MARIA GARCIA, et al.,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) The Court screened Plaintiff's Complaint and found it was deficient for multiple reasons. (ECF No. 4.) Most notably, the Court found that the claims raised by Plaintiff and the facts alleged in support of those claims overlap with Plaintiff's allegations in two other cases he filed in this Court: Case No. 5-17-cv-169-RH-GRJ and Case No. 5-17-cv-197-RH-GRJ. (*Id.*)

Because Plaintiff is proceeding *pro se*, the Court provided Plaintiff with an opportunity to file an amended complaint that addresses the multitude of deficiencies the Court pointed out. (*Id.*) Plaintiff was ordered to file the amended complaint on or before September 6, 2017. (*Id.*) The Court warned Plaintiff that failure to comply with the Court's order or to

show cause as to why Plaintiff is unable to comply would result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and failure to comply with a court order. (*Id.*) As of the date of this report and recommendation, Plaintiff has not complied with the Court order by failing to file an amended complaint.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 25th day of September 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**